**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Kocher's Water Pumps & Tanks Inc., et al., | : |
| Plaintiffs, | : |
| | : |
| v. | :   Civil No.:  5:25-cv-06959 |
| | : |
| SELECTIVE INSURANCE COMPANY | : |
| OF THE SOUTHEAST, | : |
| Defendant. | : |

**ORDER**

**AND NOW**, this 24th day of June, 2026, upon consideration of Defendant's Motion for Judgment on the Pleadings (ECF No. 15), Plaintiff's Opposition (ECF No. 16), and Defendant's Reply Brief (ECF No. 19), **IT IS HEREBY ORDERED** that Defendant's Motion (ECF No. 15) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to **CLOSE** the case.

BY THE COURT:


*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge